U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

NOV 0 7 2012

TONY R. MOORE, CLERK
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 12-CR-0159 |
| VERSUS | JUDGE RICHARD T. HAIK |
| LLOYD EDWARD FUSILIER, JR. | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation on a Felony Guilty Plea. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge [Rec. Docs. 40 & 41] is correct and therefore adopts the conclusions set forth therein. Accordingly,

**IT IS ORDERED** that the Court **ACCEPTS** the guilty plea of the defendant, Lloyd Edward Fusilier, Jr., in accordance with the terms of the plea agreement filed in the record of this proceeding, and that Lloyd Edward Fusilier, Jr. be finally adjudged guilty of the offense charged in Count One of the Indictment.

Thus done and signed this 5th day of November, 2012, at Lafayette, Louisiana.

_____
Richard T. Haik, Sr.
United States District Judge